**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JOHN HENRY GOODSON,              :
                              :
       Plaintiff,          :
                              :
vs.                        :   CIVIL ACTION 06-0842-CB-M
                              :
CONECUH COUNTY JAIL, et al.,    :
                              :
       Defendants.        :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

    **DONE** this 18th day of May, 2007.

                                **s/Charles R. Butler, Jr.**
                                **SENIOR UNITED STATES DISTRICT JUDGE**